IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Walton, et al., ) | No. CV-05-3027-PHX-ROS |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Bridgestone/Firestone, Inc. et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On January 16, 2009, the Court issued the following Order to Firestone Defendants, concerning Plaintiffs' Motion In Limine Re Testimony of "Human Factors" Expert Thomas Black:

> "Dr. Black's statements . . . will be excluded, unless Defendants *specifically demonstrate* the reliable sources upon which Dr. Black based his conclusions . . . Dr. Black's *summary listing* of data sources, journal articles, and other literature has been . . . *insufficient* . . . Dr. Black's opinions *must be linked with specific data and reliable methods* . . . Defendants shall submit this requested material on Tuesday, January 20, 2009." (Doc. 409 at 4) (emphasis added).

Instead of providing the Court with the data upon which Dr. Black based his opinions and linking each opinion to the corresponding data, Defendants submitted hundreds of pages of documents with minimal briefing and explanation (Docs. 415-23). Defendants have simply replaced their summary list of data with a summary submission of data. Perhaps, Defendants anticipated that the Court would read through the hundreds of pages of

documents and, correspondingly, link each of Dr. Black's conclusions with potentially reliable data sources.

Defendants will have one final chance to comply with the Court's Order, assuming they still propose to offer Dr. Black as an expert witness. Failure to abide by the Order will result in exclusion of some or all of Dr. Black's testimony. Once Defendants comply with the Order, Plaintiffs may file an objection, arguing why Defendants have not complied with the Order, requiring proof of the admissibility of Dr. Black's testimony. Defendants will pay attorneys fees and other costs incurred in connection with Plaintiffs' objection, if it is filed.

Accordingly,

**IT IS ORDERED** Defendants shall comply with the Court's January 16, 2009 Order (Doc. 409), as instructed above, **ON OR BEFORE JANUARY 29, 2009**.

**FURTHER ORDERED** if Plaintiffs file an objection to Defendants' submission, on or before February 5, 2009, Defendants will pay attorneys fees and other costs related to the continued litigation of this issue.

DATED this 22nd day of January, 2009.

_____
Roslyn O. Silver
United States District Judge