FENNEMORE CRAIG, P.C.
Scott Day Freeman (No. 019784)
3003 North Central Avenue
Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5000
sfreeman@fclaw.com

KUNZ PLITT HYLAND & KLEIFIELD
Matthew D. Kleifield
3838 North Central Avenue
Suite 15
Phoenix, Arizona 85012
mdk@kunzlegal.com

Attorneys for Defendant Bridgestone Americas
Tire Operations, LLC, f/k/a Bridgestone
Firestone North American Tire, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan M. Walton; Clyde and Reeko Walton, parents of Jonathan M. Walton; Nicole Williams, individually and on behalf of K. Walton, a minor child of Jonathan M. Walton,<br><br>Plaintiffs,<br><br>v.<br><br>Bridgestone/Firestone, Inc., an Ohio corporation; Bridgestone/Firestone Americas Holding, Inc., a Nevada corporation; Bridgestone/Firestone North American Tire, LLC; a Delaware limited liability company; Sears Roebuck and Co., an Illinois corporation Sears Auto Center, John Does I-X and Jane Does I-X, ABC Corporations I-X, And Xyz Partnerships I-X,<br><br>Defendants. | Case No.: CIV05-3027-PHX-ROS<br><br>**BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC'S SUPPLEMENTAL SUBMITTAL REGARDING DR. BLACK'S TESTIMONY** |

On January 28, 2009, plaintiffs filed a Notice of Partial Settlement [Doc. 432] indicating that plaintiffs and defendant Bridgestone Americas Tire Operations, LLC, f/k/a

Bridgestone Firestone North American Tire, LLC, ("Bridgestone") have entered a legally binding settlement. In light of that settlement, Bridgestone does not intend to file additional material supporting testimony and opinions of its human factors expert, Dr. Thomas Black.

In the Court's January 16, 2009, Order on plaintiffs' motion in limine challenging aspects of Dr. Black's testimony [Doc. 409 at 3-4], the Court ordered Bridgestone to submit and demonstrate "the reliable sources upon which Dr. Black based his conclusions" by January 22, 2009. In response, Bridgestone timely filed its Submittal Regarding Dr. Black's Testimony [Doc. 415-423], which included Dr. Black's detailed affidavit and associated data and sources. In its Order entered on January 22, 2009, [Doc. 428], the Court afforded Bridgestone another opportunity to comply with its order and ordered Bridgestone to submit the data linked to Dr. Black's opinions by January 29, 2009.

In response to the Court's latest order on this subject, Bridgestone went about preparing this additional submittal but ceased those efforts upon reaching a settlement with plaintiffs. Bridgestone submits that it would waste the Court's time and resources, as well as its own, to pursue and consider this matter further because Bridgestone will not be at trial to offer Dr. Black.

DATED this 28th day of January, 2009.

> KUNZ PLITT HYLAND & KLEIFIELD
> Matthew D. Kleifield
>
> FENNEMORE CRAIG, P.C.
>
> By s/Scott Day Freeman
> Scott Day Freeman
> Attorneys for Defendant Bridgestone Americas Tire Operations, LLC, f/k/a Bridgestone Firestone North American Tire, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2009, I electronically transmitted the attached document to the Clerk's Office using ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECT registrants:

Thomas F. Dasse
LAW OFFICES OF THOMAS F. DASSE,
P.C. 14646 North Kierland Blvd.,
Suite 235 Scottsdale, Arizona  85254
tdasse@dasselaw.com

Martin J. Solomon
Kevin J. McAlonan
SOLOMON AND RELIHAN, PC.
1951 West Camelback Road, Suite 110
Phoenix, Arizona  85015-3470
Attorneys for Plaintiffs Jonathan M. Walton,
       Clyde WaltonWalton
Ibw@lswaz.com

Linda B. Williamson
Lucia Stark Williamson, LLP
2700 North Central Avenue, Suite 1400
Phoenix, Arizona 85004-1133
Lbw@lswaz.com
Attorneys for Plaintiffs Nicole Williams and Kaysi Walton

Anthony J. Hancock
BEAUGUREAU, ZUKOWSKI & HANCOCK, P.C.
2111 East Highland Avenue, Suite 255
Phoenix, Arizona  85016
Attorneys for Defendant Sears Roebuck and Co.
ecollins@bzhlaw.com

Matthew D. Kleifield
KUNZ PLITT HYLAND & KLEIFIELD
3838 North Central Avenue, Suite 15
Phoenix, Arizona
85012
mdk@kunzlegal.com

T. Christopher Trent
JOHNSON, SPALDING, DOYLE, WEST & TRENT, L.L.P.
919 Milam, Suite 1700
Houston, Texas  77002
ctrent@js-llp.com
sbankhead@js-llp.com

1  Marc R. Brosseau
   Kerr Brosseau Bartlett O'Brien, LLC
2  1500 Broadway, Suite 1600
   Denver, Colorado 80202
3  mbrosseau@kbbolaw.com
   Attorneys for Bridgestone Firestone
4  North American Tire, LLC

5                                By s/Scott Day Freeman

6

7  2158276.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FENNEMORE CRAIG, P.C.

PHOENIX