IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Walton, et al., ) | No. CV-05-3027-PHX-ROS |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Bridgestone/Firestone, Inc. et al., ) | |
| Defendants. ) | |

Having received and reviewed Firestone Defendants' Response (Doc. 434) to the Court's January 22, 2009 Order (Doc. 428),

**IT IS ORDERED** the Clerk of Court shall terminate Plaintiff's Motion In Limine Re: Testimony of "Human Factors" Expert Thomas Black (Doc. 265).

DATED this 29th day of January, 2009.

_____
Roslyn O. Silver
United States District Judge